Argued and submitted March 11, affirmed April 14, petition for review denied
August 17, 1999 (329 Or 319)

In the Matter of the Compensation of
David L. Allison, Claimant.

SAIF CORPORATION
and McClone Construction Company,
*Petitioners,*

*v.*

David L. ALLISON,
*Respondent.*

(WCB No. 97-03991; CA A102443)

978 P2d 454

David L. Runner argued the cause and filed the brief for petitioners.

John M. Hoadley argued the cause and filed the brief for respondent.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

Affirmed. *The New Portland Meadows v. Dieringer,* 157 Or App 619, 973 P2d 352 (1998), *rev den* 328 Or 365 (1999).